UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:10-305-JFA |
| | ) | |
| v. | ) | |
| | ) | AMENDED ORDER |
| | ) | |
| CATHERINE SMITH WILLIAMS | ) | |

The Defendant, CATHERINE SMITH WILLIAMS, was accepted into the Pre-Trial Diversion Program, by Order of the Court on May 11, 2010. The Defendant was due to complete the Pre-Trial Diversion Program on November 10, 2011, but has not paid the remaining balance of restitution as set forth in the pretrial diversion agreements.

The Government is requesting additional time for the defendant to pay the remaining balance of her restitution in the amount of $580.00.

The Court finds that it is in the interest of justice to allow the defendant additional time to pay the restitution balance and thus, fully satisfy the remaining portion of the pretrial diversion agreement.

Therefore, it is ordered that CATHERINE SMITH WILLIAMS continue the Pretrial Diversion Program until May 15, 2012, so that she may pay the remaining balance of restitution. Failure to complete such program will result in termination from the program and the prosecution will resume during the next available term of Court.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

November 28, 2011
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge